UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OMAR MENDOZA-GONZALEZ,<br><br>　　　　Defendant. | NO. CR-08-2081-EFS<br><br>ORDER DENYING MOTION FOR MODIFICATION **(Ct. Rec. 38)** |

On October 3, 2008, this court held a bail review hearing. Shawn Anderson appeared for the government and defendant was present with counsel Victor Lara.

Counsel for the defendant requested a modification of the Order of Detention entered on August 28, 2008.

The Court heard argument from counsel

Having considered argument of counsel and the file materials submitted, the Court concludes there has not been any additional information or a change in circumstances to warrant defendant's release from custody.

The Court **denied** defendant's motion for modification of the Order of Detention.  **(Ct. Rec. 38)**

Defense counsel may seek review by this court if additional information becomes available or a change in circumstances occurs.

**IT IS SO ORDERED.**

DATED this 3rd day of October, 2008.

　　　　　　　　　　　　　　s/James P. Hutton
　　　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION MODIFICATION