UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OMAR MENDOZA GONZALEZ,<br><br>　　　　　Defendant. | NO. CR-08-2081-EFS<br><br>ORDER GRANTING MOTION FOR RELEASE INTO INPATIENT TREATMENT **(Ct. Rec. 44)** |

　　On October 10, 2008, this court held a bail review hearing. Donald Kresse appeared for the government and defendant was present with counsel Victor Lara.

　　Counsel for the defendant moved to modify his conditions of release to allow him to participate in in-patient treatment at Sundown M. Ranch.

　　The Court heard argument from counsel and **granted** defendant's motion to modify the conditions of release **(Ct. Rec. 44)**.

　　The defendant shall be released to an employee of Sundown M Ranch for transport directly into treatment on October 13, 2008 at 8:00 a.m.  Upon completion of treatment or termination of treatment, U.S. Probation shall immediately return the defendant to the custody of the U.S. Marshal.  The Court may revisit defendant's terms and conditions of release after his treatment is successfully completed.

　　**IT IS SO ORDERED.**

　　DATED this 10th day of October, 2008.

　　　　　　　　　　　　　　　　　　s/JAMES P. HUTTON
　　　　　　　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GRANTING MOTION FOR RELEASE INTO
INPATIENT TREATMENT - 1